824

No. 220. United States et al. v. Merry Brothers Brick & Tile Co. et al. C. A. 5th Cir. Certiorari denied. *Attorney General Brownell, Acting Assistant Attorney General Stull* and *Harry Baum* for petitioners. *William M. Fulcher* for the Merry Brothers Brick & Tile Co., *Charles D. Turner* for the Reliance Clay Products Co., *William S. Pritchard* and *Winston B. McCall* for the Estate of Stephenson et al., *William A. Sutherland* for the Tupelo Brick & Tile Co. et al., *Harry C. Weeks, Benjamin L. Bird* and *Joseph B. Brennan* for the Acme Brick Co., *Franklin Spafford* for Kirby et al., *Charles J. Bloch* and *Mr. Brennan* for the Cherokee Brick & Tile Co., *Furman Smith* for the Chattahoochee Brick Co., *Allen Post* for the Atlanta Brick & Tile Co., *Wallace Miller, Jr.* for the Burns Brick Co., and *Howard P. Travis* for the Texas Vitrified Pipe Co., respondents.

No. 221. Harmar Drive-In Theatre, Inc., et al. v. Warner Bros. Pictures, Inc., et al. C. A. 2d Cir. Certiorari denied. *Arnold Malkan* for petitioners. *Bruce Bromley, Louis Phillips* and *John Logan O'Donnell* for respondents.

No. 224. General Electric Co. v. Masters Mail Order Co. of Washington, D. C., Inc. C. A. 2d Cir. Certiorari denied. *Edgar E. Barton* and *Haliburton Fales 2nd* for petitioner. *Norman Diamond* and *Joseph F. Ruggieri* for respondent.

No. 228. Fayette No. 4, Inc., et al. v. Lexington Tobacco Board of Trade et al. Court of Appeals of Kentucky. Certiorari denied. *Weldon Shouse* for petitioners. *Clinton M. Harbison* for respondents.